■ In the Matter of CHRISTA A. and Others, Children Alleged to be Abused. JEFFERSON COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; MICHAEL A., Appellant. [683 NYS2d 467] —Appeal unanimously dismissed without costs. Memorandum: The order sought to be appealed recites that it was entered upon stipulation of the parties. No appeal lies from the order because respondent is not an aggrieved party (*see,* CPLR 5511; *Matter of Poler v Larimer*, 204 AD2d 1067; *Matter of Farquhar v Pitt*, 192 AD2d 806). (Appeal from Order of Jefferson County Family Court, Hunt, J.—Abuse.) Present—Denman, P. J., Wisner, Pigott, Jr., Callahan and Fallon, JJ.